ANNIE B. GODWIN AND H. WORTH JOHNSON, CO-ADMINISTRATORS OF THE ESTATE OF M. C. GODWIN, JR., DECEASED, v. THE BRANCH BANKING & TRUST COMPANY, A CORPORATION, ADMINISTRATOR OF THE ESTATE OF W. C. AYCOCK, DECEASED, AND HORACE FINCH.

(Filed 27 September, 1950.)

APPEAL by defendant, Branch Banking & Trust Company, administrator of the estate of W. C. Aycock, from *Nimocks, J.,* at June Term, 1950, of WILSON.

*Sharpe & Pittman and Leggett & Fountain for plaintiffs, Admrs.*

*Paul B. Edmundson, Dees & Dees, Fred P. Parker, Jr., and James N. Smith for defendant Branch Banking & Trust Co., Admr.*

*Connor, Gardner & Connor for Horace Finch.*

PER CURIAM. This is a civil action to recover for wrongful death. The questions involved in this appeal are identical with those in the case of *Wiggins, Jr., Administrator, v. Trust Co., et al., ante,* 391, and the ruling on the motion for change of venue is reversed for the reasons stated therein.

Reversed.